U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV - 7 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CRUM & FORSTER SPECIALTY | CIVIL ACTION NO: 12-3080 |
| VERSUS | JUDGE DONALD E. WALTER |
| EXPLO SYSTEMS INC. | MAGISTRATE JUDGE HAYES |

### ORDER

Before the Court is an appeal of a Memorandum Order issued by Magistrate Judge Hayes on July 17, 2013, granting a Motion for Leave to Intervene filed by Clean Harbors Environmental Services, Inc. [Doc. #75].

Magistrate Hayes' decision is not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Accordingly, her decision is **AFFIRMED**.

**THUS DONE AND SIGNED**, this 6th day of November, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE